[No. 44912-5-I. Division One. June 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY R. MEHAFFEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00741-1, Ellen J. Fair, J., entered June 10, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 43281-8-I. Division One. June 12, 2000.]

ELIZABETH D. LEARY, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02991-6, Jeanette R. Burrage, J., entered August 6, 1998. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Ellington, JJ.

[No. 42808-0-I. Division One. June 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TREY KENDALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06850-5, Patricia H. Aitken, J., entered May 21, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Webster and Kennedy, JJ.

[No. 44537-5-I. Division One. June 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONID P. SHINTAR, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No 98-1-01101-0, Michael F. Moynihan, J., entered March 17, 1999. *Affirmed* by unpublished per curiam opinion.